

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2014

No. 04-14-00515-CV

**SPECIALTY SELECT CARE CENTER OF SAN ANTONIO** d/b/a Casa Rio Healthcare and Rehabilitation,
Appellant

v.

Adolfo R. **JUIEL** et al,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04911
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

This is an accelerated appeal from an interlocutory order denying appellant's motion to compel arbitration. TEX. CIV. PRAC. & REM. CODE ANN. § 51.016 (West Supp. 2013). Appellant has filed a Motion to Stay Trial Court Proceedings pending resolution of this appeal. We GRANT the motion.

It is hereby ORDERED that all underlying proceedings in the lawsuit styled *Adolfo R. Juiel, Individually and on Behalf of Isaac Juiel, Individually, and as all Heirs of The Estate of Bertha Juiel, Deceased; and Lisa Ochoa, as Representative of The Estate of Nora Nieto, Deceased v. Specialty Select Care of San Antonio, L.L.C. d/b/a Casa Rio Healthcare and Rehabilitation*, and numbered 2014-CI-04911, pending in the 150th Judicial District Court of Bexar County, Texas, are STAYED pending further order of this court.

Appellant's motion to extend time to file its brief is GRANTED and the brief is due October 2, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2014.



Keith E. Hottle
Clerk of Court